123 F.3d 1298w
 97 Cal. Daily Op. Serv. 7064, 97 Daily Journal
D.A.R. 11,420
ALASKA CENTER FOR THE ENVIRONMENT; Alaska Wilderness
Recreation and Tourism Association; Alaska
Wildlife Alliance; and Trustees for
Alaska, Plaintiffs-Appellants,
v.
Carl S. ARMBRISTER, Director, Office of Planning and
Program; Federal Highway Administration; Phil Janik,
Regional Forester, Alaska Region, U.S. Forest Service; U.S.
Forest Service; Prince William Sound Economic Development
Council, Inc., Defendants-Appellees,
and
Alaska Visitors Association; Chugach Alaska Corporation;
City of Whittier; Alaska State District Council
of Laborers; State of Alaska,
Defendant-Intervenors-Appellees.
 No. 97-35503.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted July 15, 1997.
Decided Sept. 2, 1997.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION